JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES ONLY TO:<br><br>Yvonne Quintero, et al v. Ford Motor Company, et al., 2:18-cv-01912-ABFFM | **Case No.: 2:18-ML-02814-AB (FFMx)**<br><br>**JUDGMENT ON JURY VERDICT**<br><br>Trial Date: December 10, 2019<br><br>Judge: Hon. Andre Birotte, Jr.<br>Courtroom: 7B |

Based on the Jury Verdict entered December 17, 2019 and on prior proceedings, IT IS ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered in favor of Defendant Ford Motor Company as to Plaintiffs Yvonne Quintero and Salvador Quintero's claims for Fraudulent Inducement-Concealment, Fraudulent Inducement-Intentional Misrepresentation, and Fraudulent Inducement-Negligent Misrepresentation, and each of these claims is dismissed with prejudice.

2. Judgment is entered in favor of Plaintiffs Yvonne Quintero and Salvador Quintero on their claim for Violation of Song-Beverly Act – Breach of Express Warranty. Plaintiffs shall recover from Defendant Ford Motor Company the amount of $7,718.61 in stipulated damages and $15,437.20 in civil penalties for Breach of Express Warranty, for a total judgment of $23,155.81 with post-judgment interest thereon at the weekly average one-year constant maturity Treasury yield for the calendar week preceding the date of the entry of the judgment, which at the time of entry of judgment is 1.5% per annum.

3. Plaintiffs Yvonne Quintero and Salvador Quintero elected the remedy for their claim for Violation of the Song-Beverly Act – Breach of Express Warranty, and furthermore abandoned their claim for Violation of the Song-Beverly Act – Breach of Implied Warranty of Merchantability. The Court therefore deems the Implied Warranty claim abandoned.

This Court shall decide all issues involving fees, costs, expenses and prejudgment interest by post-verdict motion(s).

**IT IS SO ORDERED.**

Dated: May 8, 2020

Honorable Andre Birotte, Jr.
United States District Court
Central District of California

-1-
**JUDGMENT ON JURY VERDICT**